1 Margaret J. Grover (112701)
mgrover@kmtg.com
2 Jon E. Goetz (131908)
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3 733 Marsh Street, Suite 210
San Luis Obispo, California 93401
4 Telephone:   (805) 786-4302
Facsimile:    (805) 786-4319
5
Jon E. Klinghoffer (pro hac vice)
6 W. Kyle Walther (pro hac vice)
GOLDBERG KOHN LTD.
7 55 East Monroe St., Suite 3300
Chicago, Illinois 60603
8 Telephone: (312) 201-4000
Facsimile: (312) 863-7887
9
Attorneys for Defendants
10 ABBOTT LABORATORIES,
ABBOTT PRODUCTS, INC., and
11 ABBOTT PRODUCTS, LLC.

12                    **UNITED STATES DISTRICT COURT**

13        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

14

15 ELIZABETH STEVENSON, an            Case No. SACV-13-579-DOC (RNBx)
individual,
16                                     **JUDGMENT  [44]**
                Plaintiff,
17                                     The Honorable David O. Carter
        v.
18                                     Complaint filed:    February 15, 2013
ABBOTT LABORATORIES,
19 ABBOTT PRODUCTS, INC.,
ABBOTT PRODUCTS, LLC., and
20 DOES 1 through 50, inclusive,

21              Defendants.

22

23        The Motion of Defendants Abbott Laboratories, Abbott Products, Inc., and

24 Abbott Products, LLC came on for hearing before this Court on March 17, 2014.

25        On March 21, 2014, the Court issued its Order Granting Summary Judgment in

26 Favor of Defendants. A copy of the Order Granting Summary Judgment is attached as

27 Exhibit A and incorporated by reference.

28

1095888.1 12176-022                    1              Case No. SACV-13-579-DOC (RNBx)
                            JUDGMENT

1     This Court's Order Granting Summary Judgment in Favor of Defendants

2  disposed of all of Plaintiff Elizabeth Stevenson claims and causes of action.

3     Therefore,

4     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a final

5  judgment be and hereby is entered in favor of Defendants Abbott Laboratories, Abbott

6  Products, Inc., and Abbott Products, LLC.

7     IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that

8  Defendants Abbott Laboratories, Abbott Products, Inc., and Abbott Products, LLC

9  shall be entitled to recover their costs of suit herein.

10

11  Dated:  May 5, 2014

12

13                          _David O. Carter_____

14                          David O. Carter
                            Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1095888.1  12176-022                    2                    Case No. SACV-13-579-DOC (RNBx)

JUDGMENT